# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN THE MATTER OF THE REQUEST FOR

EXTRADITION OF                                         Case No.  6:05-mc-64-Orl-KRS

ROSTISLAV KONEČNÝ

_____

## ORDER

Relator Rostislav Konečný filed a Notice of Filing Correspondence to the Public Defender, Donald R. West (Doc. No. 19).  In the attached correspondence, Konečný asks Mr. West, the attorney appointed to represent him by the Court, to raise certain issues with the Court.  The filing of these papers is improper because an individual who is represented by counsel is not permitted to file papers on his own behalf under the rules of this Court.  *See* M.D. Fla. L.R. 2.03(d).  Accordingly, I will not address any of the issues raised by Konečný in his correspondence with his attorney.

I will not strike these papers from the file, however, so that they may remain part of the extradition record.  Many of the concerns raised by Konečný are properly to be considered by the Executive Branch of the United States government, not by this Court.

DONE and ORDERED this 25th day of July, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record